### WILLIAMS *v.* WILLIAMS.

DUCKWORTH, Justice. 1. Where a wife's petition for permanent and temporary alimony under the Code, § 30-213, is dismissed for want of prosecution, a previous award of temporary alimony to the wife, based upon such petition, terminates with such dismissal. *Bishop* v. *Bishop,* 124 *Ga.* 293 (52 S. E. 743); *Stallings* v. *Stallings,* 127 *Ga.* 464 (56 S. E. 469, 9 L. R. A. (N. S.) 593); *Higgs* v. *Higgs,* 144 *Ga.* 20 (85 S. E. 1041); *Mason* v. *Mason,* 151 *Ga.* 468 (107 S. E. 331); *Brisendine* v. *Brisendine,* 152 *Ga.* 745 (2) (111 S. E. 22); *Fauver* v. *Hemperly,* 178 *Ga.* 424 (2) (173 S. E. 82).

2. Where such an action has been dismissed for want of prosecution, and has not been reinstated, the case is entirely out of court, and no further relief can be granted thereon. A petition "supplementary" to and expressly made a part of the first petition will not authorize a grant of permanent alimony or additional temporary alimony to the wife.

3. The dismissal of the suit for alimony does not terminate the right of the wife to enforce the installments of temporary alimony which became due before such dismissal. *Fauver* v. *Hemperly,* supra, and cit.

4. Subsequent voluntary cohabitation will render void a judgment for temporary alimony. *Weeks* v. *Weeks,* 160 *Ga.* 369 (127 S. E. 772); *Mosely* v. *Mosely,* 181 *Ga.* 543 (182 S. E. 849); *Thomas* v. *Smith,* 185 *Ga.* 243 (3) (194 S. E. 502).

5. An order granting temporary alimony is always in the breast of the

court, and the court is authorized at any time, in the exercise of a sound discretion, to revise or revoke such an order. Code, § 30-204; *Jennison* v. *Jennison*, 136 *Ga.* 202 (71 S. E. 244, Ann. Cas. 1912C, 441); *Hemphill* v. *Hemphill*, 172 *Ga.* 387 (157 S. E. 637). The judge being authorized to find from the evidence in the instant case that the parties resumed cohabitation within a week after the temporary alimony had been awarded, it was not error to declare such order null and void.

*Judgment affirmed. All the Justices concur.*

No. 14159. JUNE 18, 1942. REHEARING DENIED JULY 16, 1942.

334

*John J. McCreary*, for plaintiff. *Edward F. Taylor*, for defendant.